IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 01-cv-01690-WDM-MJW

CONAIL CROSS,

    Plaintiff,

v.

HOME DEPOT,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The request for telephonic appearance is granted.

Dated: November 4, 2005

                                                        /s/ Jane Trexler, Secretary/Deputy Clerk